**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

LARRY SAPP and LYNN SAPP,

    Plaintiffs,

v.                        CASE NO. 4:13cv101-RH/CAS

FIDELITY NATIONAL INDEMNITY
INSURANCE COMPANY,

    Defendant.

_____/

## ORDER ON THE PENDING SETTLEMENT

The defendant has filed a notice, ECF No. 23, indicating that this case has been settled. The notice indicates that the settlement is subject to approval by the Federal Emergency Management Agency ("FEMA"). Accordingly,

IT IS ORDERED:

1. All deadlines that have not passed are tolled pending a decision by FEMA whether to approve the settlement.

2. The defendant must file a notice promptly after a decision by FEMA and in any event by January 24, 2014, setting out the status of the settlement. If the defendant fails to file a notice as required, the plaintiff must do so.

3. This order does not continue the pretrial conference and trial.

SO ORDERED on December 13, 2013.

                                          s/Robert L. Hinkle
                                          United States District Judge