# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LARRY SAPP and LYNN SAPP,

    Plaintiffs,

v.                              CASE NO. 4:13cv101-RH/CAS

FIDELITY NATIONAL INDEMNITY
INSURANCE COMPANY,

    Defendant.

_____/

## SECOND ORDER ON THE PENDING SETTLEMENT

Based on the defendant's status report, ECF No. 25,

IT IS ORDERED:

The pretrial conference remains scheduled for February 13, 2014, and will be conducted by telephone. The pretrial conference will be canceled if the parties file a notice that the case has been unconditionally settled and can be dismissed. The trial remains scheduled for the two-week period that begins on March 3, 2014.

SO ORDERED on January 27, 2014.

                                          s/Robert L. Hinkle
                                          United States District Judge